

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2020

No. 04-20-00301-CV

Penny **BARKER** and Executor and Beneficiary of the Estate of Carole Ann Wickizer,
Appellants

v.

**MASON BANCSHARES, INC.,**
Appellee

From the 452nd District Court, Mason County, Texas
Trial Court No. 185831
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

Appellant's brief was originally due on September 2, 2020. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to October 2, 2020. On October 2, 2020, appellant filed a motion requesting an additional extension of time to file the brief until October 16, 2020, for a total extension of 44 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by October 16, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court